**SAO**

CLARK SEEGMILLER, ESQ.
Nevada Bar No. 3873
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: Clark@RichardHarrisLaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATHANIEL ADAM JUDD, individually; <br><br> Plaintiff, <br> v. <br> RASIER, LLC, a foreign limited liability company; UBER TECHNOLOGIES, INC., a foreign corporation; YAINIER CHIRINO VIART, individually; LYFT, INC., a foreign corporation; DOE 1 LYFT DRIVER; DOES 2 through 10, INCLUSIVE; and ROE BUSINESS ENTITIES 1 through 10 inclusive, <br><br> Defendants. | 2:24-cv-01429-GMN-EJY <br><br> **STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF TO BE PERMITTED TO FILE FIRST AMENDED COMPLAINT** |

The parties, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), have agreed and stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED by the parties that Plaintiff shall be allowed to amend his Complaint to replace the Party designated as "DOE 1 LYFT DRIVER" with the name of LUIS EMILIO VIERA MENENDES.

IT IS FURTHER STIPULATED that Defendants stipulating herein waive notice and service of the Amended Complaint. Defendants reserve the right to file a responsive pleading, including a motion to dismiss the Amended Complaint, but they shall not be required to answer the Amended Complaint and all denials, responses and affirmative defenses contained in

Defendants' respective Answers to the Complaint shall be deemed responsive to the Amended Complaint.

Plaintiff's proposed First Amended Complaint is attached hereto as **Exhibit 1**.

| | |
|---|---|
| DATED this 3rd day of September 2024. | DATED this  18th  day of September 2024. |
| **RICHARD HARRIS LAW FIRM** | **REISMAN-SOROKAC** |
| /s/ Clark Seegmiller | /s/ Louis E. Garfinkel |
| CLARK SEEGMILLER, ESQ.<br>Nevada Bar No. 3873<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | LOUIS E. GARFINKEL, ESQ.<br>Nevada Bar No. 3416<br>JODY W. HAGINS, ESQ.<br>Nevada Bar No. 11983<br>8965 South Eastern Avenue, Ste. 382<br>Las Vegas, Nevada 89123<br>*Attorneys for Defendant, Lyft, Inc.* |
| DATED this  18th  day of September 2024. | DATED this  17th  day of September 2024. |
| **HALL & EVANS, LLC** | **BREMER WHYTE BROWN & O'MEARA LLP** |
| /s/ David M. Sexton | /s/ Imani Dixon |
| KURT R. BONDS, ESQ.<br>Nevada Bar No. 6228<br>DAVID M. SEXTON, ESQ.<br>Nevada Bar No. 14951<br>1160 North Town Center Drive, Ste. 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendants, Rasier, LLC and UBER Technologies, Inc.* | JARED G. CHRISTENSEN, ESQ.<br>Nevada Bar No. 11538<br>IMANI DIXON, ESQ.<br>Nevada Bar No. 15724<br>1160 N. Town Center Drive, Ste. 250<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant, Yanier Chirino Viart* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 19, 2024