JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
IMANI DIXON, ESQ.
Nevada State Bar No. 15724
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
jchristensen@bremerwhyte.com
idixon@bremerwhyte.com

Attorneys for Defendant,
YAINIER CHIRINO VIART

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NATHANIEL ADAM JUDD, individually,

Plaintiff,

vs.

RASIER, LLC, a foreign limited liability company; UBER TECHNOLOGIES, INC., a foreign corporation; YAINIER CHIRINO VIART, individually; LYFT, INC., a foreign corporation; DOE 1 LYFT DRIVER; DOES 2 through 10, INCLUSIVE; and ROE BUSINESS ENTITIES 1 through 10 inclusive,

Defendants.

Case No. 2:24-cv-01429-GMN-EJY

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)**

**IT IS HEREBY STIPULATED and AGREED**, by and between Plaintiff NATHANIEL ADAM JUDD ("Plaintiff"), by and through his attorney of record, Clark Seegmiller, Esq. of the law firm Richard Harris Law Firm, Defendant RASIER, LLC ("Rasier") and UBER TECHNOLOGIES, INC. ("Uber"), by and through its attorney of record, David M. Sexton, Esq. of Hall & Evans, LLC, Defendant LYFT, INC. ("Lyft"), by and through its attorney of record, Louis E. Garfinkel, Esq. of Reisman Sorokac, Defendant LUIS EMILIO VIERA MENENDES ("Menendes"), by

and through his attorney of record, John Keating, Esq. of Keating Law Group, and Defendant YAINER CHIRINO VIART ("Viart"), by and through his attorneys of record, Jared G. Christensen, Esq. and Imani Dixon, Esq. of the law firm Bremer Whyte Brown & O'Meara LLP, and for good cause that the discovery deadlines in the above-entitled matter be extended by ninety-seven (90) days to allow for necessary discovery, pursuant to Fed. R. Civ. Proc. 29, Local rules 7-1, and Local Rule 26-3.

## I. DISCOVERY COMPLETED TO DATE

Listed below is a statement specifying the discovery completed in this case:

1. Plaintiff's Initial List of Witnesses and Production of Documents made pursuant to FRCP 26(a)(1).
2. Defendant Viart's Initial List of Witnesses and Production of Documents made pursuant to FRCP 26(a)(1).
3. Defendant Lyft's Initial List of Witnesses and Production of Documents made pursuant to FRCP 26(a)(1).
4. Defendants Rasier and Uber's Initial List of Witnesses and Production of Documents made pursuant to FRCP 26(a)(1).
5. Defendant Menendes' Initial List of Witnesses and Production of Documents made pursuant to FRCP 25(a)(1).

## II. DISCOVERY TO BE COMPLETED

The Parties plan to complete the following discovery:

1. Written discovery of all parties;
2. Subpoena all medical records for Plaintiff's treatment;
3. Depositions of various witnesses including, but not limited to:
    a. The parties;
    b. The parties' retained initial and rebuttal experts; and
    c. Other percipient witnesses as needed;
4. Initial Expert Disclosures;
5. Rebuttal Expert Disclosures; and



BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

6. Other discovery as needed.

## III. REASONS DISCOVERY HAS NOT BEEN COMPLETED

Good cause exists to grant the Parties' request for an extension to discovery deadlines. This is the first request for an extension. The remaining discovery has not been completed due to the parties' holiday leave schedule, the pending status of Plaintiff's final medical billing and records, and the party's active engagement in discussions to finalize a binding arbitration agreement, which if successful, would promote judicial efficiency. Despite the parties' diligence and good faith attempts to pursue discovery in preparation for their respective case, majority of discovery remains to be completed.

It is believed the Court's granting of this Stipulation would further the interests of justice and advance the merits of this case. Accordingly, this request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery, including expert analysis and evaluation as noted above. Accordingly, the Parties are requesting a 90-day extension to all remaining discovery deadlines to allow all parties to fully participate in discovery.

## IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

The Parties hereto, and for good cause described in this stipulation, and in accord with Local Rule 6-1 and Local Rule 26-3, request this Honorable Court to adopt and approve this stipulated extension to the discovery plan, and continue the discovery deadlines as requested below:

| Description | Current Deadlines | Proposed Deadlines |
| --- | --- | --- |
| Initial Expert Disclosure Deadline | February 27, 2025 | **May 28, 2025** |
| Rebuttal Expert Disclosure Deadline | March 31, 2025 | **June 30, 2025** |
| Discovery Deadline | April 28, 2025 | **September 29, 2025** |
| Deadline to File Dispositive Motions | May 28, 2025 | **December 29, 2025** |
| Joint Pre-Trial Order | June 27, 2025 | **March 30, 2026** |

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

The parties hereby stipulate the proposed changes in the discovery deadlines.

**IT IS SO STIPULATED.**

DATED this 7th day of January 2025

RICHARD HARRIS LAW FIRM

*/s/ Clark Seegmiller*
Clark Seegmiller, Esq.
Nevada Bar No. 3873
*Attorneys for Plaintiff*
*Nathaniel Adam Judd*

DATED this 7th day of January 2025

HALL & EVANS, LLC

*/s/ Alisa McAffee*
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
David M. Sexton, Esq.
Nevada Bar No. 14951
Alisa McAffee, Esq.
Nevada Bar No. 15960
*Attorneys for Defendants Rasier, LLC and Uber Technologies, Inc.*

DATED this 7th day of January 2025

REISMAN SOROKAC

*/s/ Louis E. Garfinkel*
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
Jody W. Hagins, Esq.
Nevada Bar No. 11983
*Attorneys for Defendant Lyft, Inc.*

DATED this 7th day of January 2025

KEATING LAW GROUP

*/s/ John T. Keating*
John T. Keating, Esq.
Nevada Bar No. 6373
*Attorneys for Defendant*
*Luis Emilio Viera Menendez*

DATED this 7th day of January 2025

BREMER WHYTE BROWN & O'MEARA LLP

*/s/ Imani Dixon*
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Imani Dixon, Esq.
Nevada State Bar No. 15724
*Attorneys For Defendant*
*Yainier Chirino Viart*

***Judd v. Rasier, et al.***
***Case No. 2:24-cv-01429-GMN-EJY***

**ORDER**

IT IS HEREBY ORDERED that, upon party stipulation and good cause appearing, the discovery deadlines are hereby be amended as indicated herein.

________________________________

Respectfully submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

*/s/ Imani Dixon*
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Imani Dixon, Esq.
Nevada State Bar No. 15724
*Attorneys For Defendant*
*Yainier Chirino Viart*



BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665