**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
DAVID M. SEXTON, ESQ.
Nevada Bar No. 14951
ALISA A. MCAFFEE, ESQ.
Nevada Bar No. 15960
1160 North Town Ctr. Dr. Ste. 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
sextond@hallevans.com
*Attorneys for Defendants Rasier, LLC, and Uber Technologies, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATHANIEL ADAM JUDD, individually, <br><br> Plaintiff, <br><br> v. <br><br> RASIER, LLC, a foreign limited liability company; UBER TECHNOLOGIES, INC., a foreign corporation; YAINIER CHIRINO VIART, individually; LYFT, INC., a foreign corporation; DOE 1 LYFT DRIVER; DOES 2 through 10, inclusive; ROE BUSINESS ENTITIES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:24-cv-01429 <br><br> **AMENDED STIPULATION AND ORDER TO DISMISS UBER TECHNOLOGIES, INC., RASIER, LLC, AND LYFT, INC. WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff NATHANIEL ADAM JUDD; Defendant YAINIER CHIRINO VIART; Defendant UBER TECHNOLOGIES, INC.; Defendant RASIER, LLC; Defendant LYFT, INC.; and the Parties to this action, by and through their respective counsel of record, that all of Plaintiff's claims against **RASIER, LLC**, **UBER**

1                                                          AAM/19878-62*

1  **TECHNOLOGIES, INC.**, and **LYFT, INC.**, *only*, are DISMISSED without prejudice. Each

2  party is to bear its own fees and costs.

3  Dated this 7th day of May 2025.                    Dated this 2nd day of May 2025.

4  **RICHARD HARRIS LAW FIRM**                        **HALL & EVANS, LLC**

5  /s/ *Clark Seegmiller, Esq.*                      /s/ *Kurt R. Bonds, Esq.*

6  Clark Seegmiller, Esq.,                            Kurt R. Bonds, Esq.,
   Nevada Bar No. 3873                                Nevada Bar No. 6228
7  801 S. Fourth St.                                  Alisa A. McAffee, Esq.,
   Las Vegas, NV 89101                                Nevada Bar No. 15960
8  clark@richardharrislaw.com                         1160 North Town Center Drive, Suite 330
9  *Attorney for Plaintiff*                           Las Vegas, Nevada 89144
                                                      *Attorneys for Defendants Rasier, LLC*
10                                                    *and Uber Technologies, Inc.*

11

12 Dated this 2nd day of May 2025.                    Dated this 2nd day of May 2025.

13 **BREMER WHYTE BROWN & O'MEARA LLP**               **REISMAN SOROKAC**

14 /s/ *Imani Dixon, Esq.*                           /s/ *Louis E. Garfinkel, Esq.*

15 Jared G. Christensen, Esq.,                        Louis E. Garfinkel, Esq.,
   Nevada Bar No. 11538                               Nevada Bar No. 3416
16 Imani Dixon, Esq.,                                 Jody W. Hagins, Esq.,
   Nevada Bar No. 15724                               Nevada Bar No. 3873
17 1160 N. Town Center Drive, Suite 250               8965 S. Eastern Ave., Suite 382
   Las Vegas, NV 89144                                Las Vegas, Nevada 89123
18 *Attorneys for Defendant/Cross-Claimant*           *Attorneys for Defendant Lyft, Inc.*
19 *Yainier Chirino Viart*

20

21 Dated this 4th day of May 2025.

22 **KEATING LAW GROUP PC**

23 /s/ *John T. Keating, Esq.*

24 John T. Keating, Esq.
   Nevada Bar No. 6373
25 9130 West Russell Rd. Ste. 200
   Las Vegas, NV 89148
26 Phone: 702-228-6800
   Fax: 702-228-0443
27 *Attorney for Cross-Defendant*
   *Luis Emilio Viera Menendes*
28

**ORDER**

PURSUANT TO AMENDED STIPULATION OF THE PARTIES, Plaintiff's claims against UBER TECHNOLOGIES, INC., RASIER, LLC, and LYFT, INC. are **DISMISSED** without prejudice, with each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated this __12__ day of May, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court

AAM/19878-62*