JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant/Cross-Defendant
*Luis Emilio Viera Menendes*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATHANIEL ADAM JUDD, | CASE NO.:  2:24-cv-01429-GMN-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| RASIER, LLC, a foreign limited liability company; UBER TECHNOLOGIES, INC., a foreign corporation; YAINIER CHIRINO VIART, individually; LYFT, INC., a foreign corporation; LUIS EMILIO VIERA MENENDES; DOES 2 through 10, inclusive; and ROE BUSINESS ENTITIES 1 through 10, inclusive, | |
| Defendants. | |
| YAINIER CHIRINO VIART, | |
| Crossclaimant, | |
| vs. | |
| LUIS EMILIO VIERA MENENDES, | |
| Crossdefendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each

/ / /

1

party to bear their own costs and attorney's fees.

DATED: March 30, 2026.                          DATED: March 30, 2026

KEATING LAW GROUP                               RICHARD HARRIS LAW FIRM

/s/ John T. Keating                             /s/ Clark Seegmiller
_____                   _____
John T. Keating                                 Clark Seegmiller
Nevada Bar No. 6373                             Nevada Bar No. 3873
9130 W. Russell Rd., Suite 200                  801 S. Fourth Street
Las Vegas, NV 89148                             Las Vegas, NV 89101
Attorneys for Defendant/                        Attorney for Plaintiff
Cross-Defendant
Luis Emilio Viera Menendes

DATED: March 30, 2026.

BREMER WHYTE BROWN & O'MEARA, LLP

/s/ Imani Dixon
_____
Imani Dixon
Nevada Bar No. 15724
1160 N. Town Center Dr., Suite 250
Las Vegas, NV 89144
Attorneys for Defendant/Crossclaimant
Yainier Chirino Viart

## ORDER

IT IS SO ORDERED this __30__ day of _____March_____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

2